**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **GUY MATTHEW FUNK,** | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 7:25-cv-00930** |
| | ) | |
| **TECHLAB, INC.,** | ) | |
| *Defendant.* | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Guy Matthew Funk and Defendant TechLab, Inc., through their respective counsel, hereby notify the Court that they have resolved this matter by mutual agreement. The parties respectfully ask that the Court dismiss this action with prejudice. The parties agree that each party will bear its own fees and costs and that neither party will be deemed a prevailing party.

Dated this _____ day of April, 2026.

WE ASK FOR THIS:

*/s/ Thomas E. Strelka*
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh Rhoads, Esq. (VSB # 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Ave.
Roanoke, VA 24018
Tel: 540-283-0802
thomas@vaemployment.law
leigh@vaemployment.law

*Counsel for Plaintiff*

*/s/ Paul G. Klockenbrink*
Paul G. Klockenbrink, Esq. (VSB # 33032)
Kiara P. Anguiano, Esq. (VSB # 101673)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
klockenbrink@gentrylocke.com
kanguiano@gentrylocke.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2026, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

Paul G. Klockenbrink, Esq. (VSB # 33032)
Kiara P. Anguiano, Esq. (VSB # 101673)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
klockenbrink@gentrylocke.com
kanguiano@gentrylocke.com

*Counsel for Defendant*

                                    */s/ Thomas E. Strelka*