## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **GUY MATTHEW FUNK,** | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 7:25-cv-00930** |
| | ) | |
| **TECHLAB, INC.,** | ) | |
| *Defendant.* | ) | |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Enter this _____ day of _____, 2026.

_____
United States District Judge